# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| MILDRED MOSER, | ) |
| | ) |
|     *Plaintiff-Appellee,* | ) Appeal Case No. 25-2990 |
| | ) |
|     v. | ) On appeal from U.S. District Court, |
| | ) Eastern District of Arkansas |
| EAST CENTRAL MISSOURI | ) |
| BEHAVORIAL HEALTH | ) District Court Case No.: 2:25-cv- |
| SERVICES, INC., d/b/a ARTHUR | ) 00020-HEA |
| CENTER COMMUNITY HEALTH | ) |
| | ) |
|     *Defendant-Appellant.* | |

## APPELLANT'S DESIGNATION AND STATEMENT OF ISSUES

Defendant-Appellant East Central Missouri Behavioral Health Services, Inc., doing business as Arthur Center Community Health ("ACCH") hereby designates the entire record of proceedings before the district court as the record on appeal. Because ACCH designated the entire record, a statement of issues is not required by Fed. R. App. P. 10(b)(3).

Dated: October 28, 2025        Respectfully submitted,

                                        <u>*s/ Matthew S. Freedus*</u>
                                        Matthew S. Freedus
                                        Powers Pyles Sutter & Verville PC
                                        1250 Connecticut Avenue NW, 8th Floor
                                        Washington, DC 20036
                                        Tel: 202.466.6550
                                        matthew.freedus@powerslaw.com

                                        *Counsel for Defendant-Appellant*

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2025, I electronically filed the foregoing Designation and Statement of Issues with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*s/ Matthew S. Freedus*
Matthew S. Freedus