# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| MILDRED MOSER, | |
| *Plaintiff-Appellee,* | Appeal Case No. 25-2990 |
| v. | On appeal from U.S. District Court, Eastern District of Arkansas |
| EAST CENTRAL MISSOURI BEHAVORIAL HEALTH SERVICES, INC., d/b/a ARTHUR CENTER COMMUNITY HEALTH | District Court Case No.: 2:25-cv-00020-HEA |
| *Defendant-Appellant.* | |

**JOINT MOTION TO STAY APPEAL**

The parties jointly request that the Court stay this appeal while they engage in good faith settlements discussions.

This appeal concerns a remand order in an action that East Central Missouri Behavioral Health Services, Inc. d/b/a Arthur Center Community Health ("Arthur Center") removed from state court. Pursuant to this Court's October 27, 2025 Order, Dkt. No. 27, Arthur Center's opening brief is currently due by December 17, 2025.

The parties respectfully request a stay of this appeal for 45 days to facilitate good faith settlement discussions. If successful, those discussions will render it unnecessary for the Court to resolve the jurisdictional issues presented in this case. Neither party nor the public would be prejudiced by a stay. The parties may, upon further motion, request an extension of the stay to continue to facilitate early

resolution. If, upon expiration of an initial stay or any extension thereof, the parties have not resolved their dispute, they request a scheduling order, to resume the merits briefing, which sets the deadline for Appellant's opening brief for fourteen days after the stay's expiration.

CONCLUSION

For the foregoing reasons, the parties respectfully request that the Court stay this appeal for 45 days to facilitate settlement negotiations.

Dated: December 12, 2025

Respectfully submitted,

*s/ Matthew S. Freedus*
Matthew S. Freedus
Powers Pyles Sutter & Verville PC
1250 Connecticut Avenue NW, 8th Floor
Washington, DC 20036
Tel: 202.466.6550
matthew.freedus@powerslaw.com

*Counsel for Defendant-Appellant East Central Missouri Behavioral Health Services, Inc.*

*s/ Michael C. Iadevaia*
Michael C. Iadevaia
Stranch, Jennings & Garvey, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: 615.254.8801
miadevaia@stranchlaw.com

*Counsel for Plaintiff-Appellee Mildred Moser*

# CERTIFICATE OF COMPLIANCE

I hereby certify that this document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A), the typeface requirements of FRAP 32(a)(5)(A) and the type style requirements of FRAP 32(a)(6), using Microsoft Word, Times New Roman font size 14. The motion contains 200 words excluding the parts of the brief exempted by Rule 32(f).

In accordance with Eight Circuit Local Appellate Rule 28A(h), the brief and addendum as electronically filed on December 12, 2025, have been scanned with virus detection program Trend Micro, and no virus was detected.

*s/ Matthew Sidney Freedus*
Matthew S. Freedus

# CERTIFICATE OF SERVICE

I certify that, on December 12, 2025, I electronically filed the foregoing brief with the Eighth Circuit Court of Appeals via the CM/ECF electronic filing system..

*s/ Matthew S. Freedus*
Matthew S. Freedus

*Counsel for Defendant-Appellant East Central Missouri Behavioral Health Services, Inc.*
